# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| AT&T Corp. | ) | ASBCA No. 59984 |
| | ) | |
| Under Contract No. HC1013-07-D-2007 | ) | |

APPEARANCE FOR THE APPELLANT:        Paul R. Hahn, Esq.
                                     General Attorney

APPEARANCES FOR THE GOVERNMENT:      Robert Gorman, Esq.
                                      DISA Chief Trial Attorney
                                     Daniel C. McIntosh, Esq.
                                     JoAnn W. Melesky, Esq.
                                      Trial Attorneys
                                      Defense Information Systems Agency
                                      Scott Air Force Base, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 October 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59984, Appeal of AT&T Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals